De Jesús, Peticionario y Apelante, *v.* El Pueblo, Opositor y Apelado.

Apelación procedente de la Corte de Distrito de Guayama en procedimiento de *habeas corpus.*

No. 1345.—Resuelto en diciembre 20, 1918.

Habeas Corpus—Mandamiento de Arresto.—Cuando una persona ha sido arrestada con un mandamiento de prisión que se alega ser defectuoso y después es condenada por el delito que motivó la expedición del mandamiento, resulta ocioso resolver una petición de *habeas corpus* que tiene por fundamento los supuestos defectos del mandamiento de arresto, en virtud del cual se hallaba detenida aquélla.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. F. Cervoni Gely.*
Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

El apelante fundó su petición de *habeas corpus,* presentada en la Corte de Distrito de Guayama en que el mandamiento de arresto, por el que estaba detenido, contenía ciertos defectos y en que no existía causa probable para su prisión.

El auto fué librado y recayó la siguiente resolución:

"Señalado el día de hoy para la vista de este *habeas corpus,* comparecieron las partes debidamente representadas. De las admisiones hechas por el acusado, por su abogado defensor en cuanto a hechos que estima probados y de la prueba del Fiscal, aparece que este acusado se encuentra actualmente cumpliendo sentencia en la cárcel de distrito, por sentencia de esta corte de distrito; y, por consiguiente, como el *habeas corpus* que se presenta tiene por único objeto obtener la excarcelación del acusado, la cual no puede concederse porque este acusado está cumpliendo sentencia, extinguiendo una condena, la corte entiende que el *habeas corpus* carece de efecto legal, que no lleva a ningún fin práctico, y por tanto, la corte lo desestima de plano."

Interpuesta apelación contra ella por el solicitante Isabelino de Jesús (*a*) "El Indio" no ha presentado ante esta Corte Suprema alegato escrito ni oral.

En vista de la resolución del juez inferior, negando la petición por carecer de fin práctico, toda vez que el peticionario estaba cumpliendo condena, entendemos que tal condena es por el delito que motivó el mandamiento de arresto que Isabelino de Jesús estimó ser defectuoso.

Como por su condena quedó sin efecto el mandamiento de arresto, que es objeto de la petición de *habeas corpus,* es ocioso que resolvamos si adolecía de defectos que dieran como resultado su libertad toda vez que ahora no está detenido por ese mandamiento.

Tampoco podríamos revocar la resolución apelada porque, no apareciendo en los autos que se nos han presentado para resolver la apelación las admisiones del acusado, hechas por

su abogado y lo que constaba de la prueba del Fiscal, no estamos en la misma situación que el juez inferior cuando resolvió la solicitud.

La resolución apelada debe ser confirmada.

*Confirmada la resolución apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.